UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATISHA HERNDON,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES INC., et al.,<br><br>Defendants. | No. 2:25-cv-01990-DAD-CSK<br><br>ORDER REMANDING ACTION TO THE SACRAMENTO COUNTY SUPERIOR COURT PURSUANT TO THE STIPULATION OF THE PARTIES<br><br>(Doc. Nos. 8, 10) |

On August 26, 2025, the parties stipulated to remand of this action to the Sacramento County Superior Court, where this action was originally filed. (Doc. No. 10.) Accordingly, pursuant to the parties' stipulation, this action is REMANDED to the Sacramento County Superior Court. Plaintiff's motion to remand, (Doc. No. 8), is DENIED as having been rendered moot. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **August 27, 2025**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

1